IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 1:06-CR-0199-01 |
| | : | 1:06-CR-0199-10 |
| v. | : | 1:06-CR-0199-11 |
| | : | 1:06-CR-0199-21 |
| JAMIE CARDENAS BORBON, | : | 1:06-CR-0199-23 |
| ANTONIO AVILA, FERNANDO | : | 1:06-CR-0199-24 |
| BELTRAN, HILARIA | : | 1:06-CR-0199-25 |
| ESPINOSA-FUERTE, ELVIN | : | 1:06-CR-0199-26 |
| DELGADO, ROGELIO LOPEZ, | : | |
| MARTIN LOPEZ, and NELSON | : | (Judge Conner) |
| RODRIGUEZ | : | |

**ORDER**

AND NOW, this 16th day of January, 2009, upon consideration of the motion (Doc. 941) filed by defendant Rogelio Lopez, seeking leave to join in the pending motion to suppress (Doc. 933) filed by defendant Martin Lopez, and it appearing that counsel for Martin Lopez concurs in the proposed joinder, (see Doc. 941 ¶ 5), it is hereby ORDERED that:

1. The motion (Doc. 941) of Rogelio Lopez seeking leave to join in the pending motion to suppress (Doc. 933) is GRANTED. The motion to suppress (Doc. 933) shall be considered a joint motion of Rogelio Lopez and Martin Lopez.

2. Counsel for Rogelio Lopez and Martin Lopez are instructed to confer for the purpose of minimizing redundant briefing of the motion to suppress. The court expects that, to the extent practicable, counsel will present arguments applicable to both defendants in the form of a joint filing. The motion to suppress shall be briefed in accordance with the schedule contained in Paragraph 2 of the order of court (Doc. 935) dated January 12, 2009.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge