# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO 1:06-CR-0199** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ROGELIO LOPEZ** | : | |

## **ORDER**

AND NOW, this 3rd day of March, 2014, upon consideration of the motion (Doc. 1791) to vacate, set aside, or correct sentence filed by defendant Rogelio Lopez ("Lopez"), and upon further consideration of Lopez's motion (Doc. 1805) for the appointment of an expert and a request for documents, and his motion (Doc. 1807) seeking a sixty (60) day extension for filing a reply, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Lopez's motion (Doc. 1791) to vacate, set aside, or correct sentence is DENIED.

2. Lopez's motion (Doc. 1805) for appointment of an expert and discovery is DENIED.

3. Lopez's motion (Doc. 1807) for an extension of time to file a reply brief is DENIED as moot.

4. The court finds no basis to issue a certificate of appealability. See FED. R. APP. P. 22(b)(1); 28 U.S.C. § 2253.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania